**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
ALISON KENT-FRIEDMAN,

                    Plaintiff,

       -against-

THE NEW YORK STATE INSURANCE FUND, et al.,

                  Defendants.
------------------------------------------------------------x

18-CV-4422 (VM) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of the parties' request for an extension of the discovery deadline to April 28, 2020. (ECF 83). That request is DENIED at this time. The Court will hold a discovery status conference on **Wednesday, February 5, 2020 at 4:00 p.m.** in Courtroom 20D, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, NY 10007. The parties shall be prepared to explain at the conference what has been produced to date and a more concrete plan for completing discovery.

**SO ORDERED.**

Dated: January 22, 2020
       New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge