**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
ALISON KENT-FRIEDMAN,

                Plaintiff,

    -against-

THE NEW YORK STATE INSURANCE FUND, et al.,

               Defendants.
------------------------------------------------------------x

18-CV-4422 (VM) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court held a Status Conference in this matter on February 5, 2020. As discussed at the conference, the fact discovery deadline is extended to **April 28, 2020**. The parties shall file any proposed protective order by **February 14, 2020**. The parties shall also file a joint discovery status letter by **April 17, 2020**.

**SO ORDERED.**

Dated: February 5, 2020
      New York, New York

                             *s/ Ona T. Wang*
                               **Ona T. Wang**
                       United States Magistrate Judge