UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALISON KENT-FRIEDMAN,

                          Plaintiff,

- against -

THE NEW YORK STATE INSURANCE FUND, ERIC MADOFF, WILLIAM O'BRIEN, PETER CUSICK, JOHN DORMIN, JOSEPH MULLEN, and JOHN and JANE DOE (said names being fictitious, the persons intended being those who aided and abetted the unlawful conduct of the named Defendants),

                          Defendants.

No. 18-cv-04422
(VM)(OTW)

**RULE 502(d) ORDER**

WHEREAS, the parties jointly request that this Court issue an order, pursuant to Federal Rule of Evidence 502(d) and the Court's inherent authority, which will allow the parties in this action to conduct and respond to discovery without fear that disclosure of privileged or protected information will automatically waive such privilege or protection in this or any other action or proceeding:

IT IS THEREFORE AGREED BY AND BETWEEN THE PARTIES AND ORDERED THAT:

    1.    The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

2. Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI, or information (including metadata) for relevance, responsiveness, and/or segregation of privileged and/or protected information before production.

Dated: February 10, 2020
New York, New York

SAMUEL MADUEGBUNA
*Attorney for Plaintiffs*

_____
SAMUEL MADUEGBUNA
Maduegbuna Cooper LLP
Attorneys at Law
30 Wall Street, 8th Fl
New York, New York 10005
Tel: (212) 232-0155

Dated: February 7, 2020
New York, New York

LETITIA JAMES
Attorney General of the State of New York
*Attorney for Defendants New York State Insurance Fund, Madoff, O'Brien, Cusick & Mullen*
By:

_____
By: MATTHEW CONRAD
Assistant Attorney General
28 Liberty Street, 17th Floor
New York, New York 10005
Tel. (212) 416-6352

Dated: February __, 2020
New York, New York

PATRICIA PREZIOSO
*Attorney for Defendant Dormin*

_____
PATRICIA PREZIOSO
Porzio Bromberg & Newman P.C.
100 Southgate Parkway Box 1997
Morristown, New Jersey 07962

SO ORDERED:

Dated: New York, New York
Feb. 19, 2020

_____
Hon. Ona T. Wang
United States Magistrate Judge