**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

ALISON KENT-FRIEDMAN,                          :
                                               :
                          Plaintiff,           :          18-CV-4422 (VM) (OTW)
                                               :
              -against-                        :          **ORDER**
                                               :
THE NEW YORK STATE INSURANCE FUND, et          :
al.,                                           :
                                               :
                          Defendants.          :
-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of the parties' respective responses to the Court's June 4,

2021 Order to Show Cause. (ECF 124-26). No sanctions are warranted at this time.

Because NYSIF has agreed to amend its privilege log, NYSIF is directed to serve its

supplemental privilege log and any supplemental documents agreed to in ECF 125 Ex. G

within 7 days of this Order. From the review of the parties' letters, the Court does not

anticipate any further discovery disputes.

Now that discovery is closed, by **June 18, 2021**, the parties shall submit a joint status

letter regarding next steps: settlement, dispositive motions, and/or trial.

          **SO ORDERED.**

                                                              _s/ Ona T. Wang_
Dated: June 10, 2021                                          **Ona T. Wang**
       New York, New York                            United States Magistrate Judge