**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/4/2022
```

ALISON KENT-FRIEDMAN,

                Plaintiff,

      - against -

THE NEW YORK STATE INSURANCE FUND, et al.,

                Defendants.

**18 Civ. 4422 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    On June 13, 2022, the Court directed the defendants New York State Insurance Fund, Peter Cusik, Joseph Mullen, Eric Madoff, William O'Brien, and John Dormin ("Defendants"), to file a consolidated motion for summary judgment that shall not exceed six pages in length, along with a statement of undisputed material facts, pursuant to Local Civil Rule 56.1. (See Dkt. No. 143.) Plaintiff Alison Kent-Friedman was directed to file her opposition, not to exceed six pages, within seven days of the Defendants' motion, along with a counterstatement of material facts. (See id.) Subsequently, on August 3, 2022, the parties filed a joint letter proposing an extended briefing schedule, given the number of facts and documents in this case, and because of the time the Defendants need to coordinate their joint motion. (See Dkt. No. 144.)

    Accordingly, it is hereby

    **ORDERED** that, by August 8, 2022, the parties shall notify the court whether they request supplemental submissions, beyond those

already approved by the Court, or whether the parties request full briefing of a consolidated motion for summary judgment to be filed by Defendants. If the parties request either supplemental submissions or full briefing, they shall also advise the Court of the extent to which, if at all, their proposed briefing schedule should be modified.

**SO ORDERED.**

Dated: August 4, 2022
      New York, New York

_____
VICTOR MARRERO
U.S.D.J.