USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/16/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALISON KENT-FRIEDMAN,

                Plaintiff,

- against -

NEW YORK STATE INSURANCE FUND, et al.,

                Defendant.

**18 Civ. 4422 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

    Plaintiff's letter motion for reconsideration (Dkt. No. 169) of the Court's Order granting additional pages to Defendants for their combined Reply (Dkt. No. 168) is **DENIED**.

**SO ORDERED.**

Dated:    16 March 2023
             New York, New York

                                          _____
                                            Victor Marrero
                                              U.S.D.J.