```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/29/23
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ALISON KENT-FRIEDMAN,

                Plaintiff,

- against -

NEW YORK STATE INSURANCE FUND, ET AL.,

                Defendants.

**18 Civ. 4422 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

In light of the Court's Decision and Order (see Dkt. No. 181) resolving Defendants' motion for summary judgment, the parties are directed to confer and to advise the Court within fourteen (14) days of this Order regarding the contemplated length of trial and a proposed schedule.

**SO ORDERED.**

Dated:    29 September 2023
            New York, New York

_____
Victor Marrero
U.S.D.J.