```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/5/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ALISON KENT-FRIEDMAN,

               Plaintiff,

- against -

NEW YORK STATE INSURANCE FUND, ET AL.,

               Defendants.

**18 Civ. 4422 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

Plaintiff's counsel requests an ex parte or in camera conference with the Court to explain an unexpected development. (See Dkt. No. 183.) Counsel advises that the conference will be solely for scheduling purposes and will not affect a substantial right of any party. (See id.) Accordingly, the Court hereby schedules an ex parte phone conference with Plaintiff's counsel to discuss scheduling. Plaintiff's counsel is directed to call the Court's Chambers phone line at 9:30 a.m. on Wednesday, October 11, 2023.

**SO ORDERED.**

Dated:    5 October 2023
            New York, New York

                                                              _____
                                                                Victor Marrero
                                                                U.S.D.J.