```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/3/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALISON KENT-FRIEDMAN,

                Plaintiff,

- against -

NEW YORK STATE INSURANCE FUND, et al.,

                Defendant.

**18 Civ. 4422 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Counsel for Defendant John Dormin ("Dormin") requests that Dormin be terminated from this action, as all claims against Dormin have been dismissed. (See Dkt. No. 197.)

    The request is hereby **GRANTED**. The Clerk's Office is respectfully directed to terminate Dormin from this action and to issue judgment removing Dormin from the action, as no claims against him remain open.

**SO ORDERED.**

Dated:    3 November 2023
           New York, New York

                                          Victor Marrero
                                          U.S.D.J.