**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
ALISON KENT-FRIEDMAN,

                        Plaintiff,

      -against-                                   18 **CIVIL** 4422 (VM)

                                                        **JUDGMENT**

NEW YORK STATE INSURANCE FUND, et al.,

                      Defendants.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 3, 2023, that all claims against Dormin have been dismissed. Judgment is entered removing Dormin from the action, as no claims against him remain open.

**Dated:**  New York, New York

      November 6, 2023

                                                        **RUBY J. KRAJICK**
                                                        **Clerk of Court**

                                   **BY:**

                                                           **Deputy Clerk**