```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALISON KENT-FRIEDMAN,

                     Plaintiff,

- against -

NEW YORK STATE INSURANCE FUND, et al.,

                     Defendants.

18 Civ. 4422 (VM)

ORDER

---

**VICTOR MARRERO, United States District Judge.**

    A trial in this matter is scheduled to begin on May 2, 2024. The parties are hereby **ORDERED** to, within fourteen (14) days, submit a joint status letter updating the Court on the prospect of settlement.

    The parties are also reminded that the Court's Individual Practices require that pretrial submissions, including any motions in limine, be submitted to the Court not less than thirty (30) days before trial.

**SO ORDERED.**

Dated:    4 March 2024
            New York, New York

                                              Victor Marrero
                                              U.S.D.J.