```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _4/9/24_
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ALISON KENT-FRIEDMAN,

                                        Plaintiff,

                - against -

NEW YORK STATE INSURANCE FUND, et al.,

                                        Defendants.

---

                                        **18 Civ. 4422 (VM)**

                                        **ORDER**

**VICTOR MARRERO, United States District Judge.**

        The parties advise the Court in a letter dated April 8, 2024 that they anticipate "being able to finalize [a] settlement agreement within approximately one week" and that a stipulation of dismissal with prejudice "will be filed shortly thereafter." (Dkt. No. 206.) The parties are hereby directed to — if such stipulation is not filed by April 19, 2024 — advise the Court no later than April 19, 2024 whether the currently scheduled trial in this matter should be adjourned or removed from the Court's calendar.

**SO ORDERED.**

Dated:    9 April 2024
          New York, New York

                                        _____
                                        Victor Marrero
                                        U.S.D.J.