```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/22/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALISON KENT-FRIEDMAN,

                Plaintiff,

- against -

NEW YORK STATE INSURANCE FUND, et al.,

                Defendants.

---

**18 Civ. 4422 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Upon consent of the parties (see Dkt. No. 208), trial in this matter is hereby adjourned sine die pending the resolution of settlement discussions.

**SO ORDERED.**

Dated:    22 April 2024
           New York, New York

                                            _____
                                            Victor Marrero
                                              U.S.D.J.